### CRECELIUS v. CITY OF NEW YORK.

(Supreme Court, Appellate Division, Second Department. July 24, 1906.)

Appeal from Special Term, Queens County.

Action by Robert Crecelius against the city of New York. From a judgment for defendant, and an order denying a new trial, defendant appeals. Modified and affirmed.

Argued before HIRSCHBERG, P. J., and WOODWARD, JENKS, and RICH, JJ.

PER CURIAM. Judgment modified, so as to render it one of nonsuit, instead of upon the merits, and, as modified, judgment and order affirmed, without costs. See opinion in Annie Crecelius v. City of New York (Sup. decided herewith) 100 N. Y. Supp. 314. All concur, except JENKS, J., who dissents.